UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAIN DEVEROUX and JENNIFER VALLE,<br><br>Plaintiffs,<br><br>v.<br><br>DONNY YOUNGBLOOD, et al.,<br><br>Defendants. | Case No. 1:23-cv-00239-JLT-CDB<br><br>ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR PLAINTIFFS' FAILURE TO PROSECUTE THIS ACTION AND TO COMPLY WITH THE COURT'S ORDERS; ORDER CONTINUING THE MANDATORY SCHEDULING CONFERENCE<br><br>**FIVE-DAY DEADLINE** |

      Plaintiffs filed a complaint on February 15, 2023. (ECF No. 1.) That same day, the Clerk of Court issued summonses and the Court entered an Order setting a mandatory scheduling conference. (ECF Nos. 3, 4.) The Order directed Plaintiff to "diligently pursue service of summons and complaint" and "promptly file proofs of service." The Order further advised Plaintiffs that failure to diligently prosecute this action "may result in the imposition of sanctions, including the dismissal of unserved defendants." To date, Plaintiffs have not filed proofs of service, and the defendants have not appeared in the action, requiring the Court to reset the mandatory scheduling conference.

      Local Rule 110 provides that "[f]ailure of counsel or of a party to comply with these Rules or with any order of the Court may be grounds for imposition by the Court of any and all sanctions . . . within the inherent power of the Court." The Court has the inherent power to

control its docket and may, in the exercise of that power, impose sanctions where appropriate, including dismissal of the action.  <u>Bautista v. Los Angeles County</u>, 216 F.3d 837, 841 (9th Cir. 2000).

Based on the foregoing, IT IS HEREBY ORDERED that **<u>within five (5) days</u>** of entry of this order, Plaintiffs **SHALL** show cause in writing why sanctions should not be imposed for the failure to prosecute this action and to serve the summonses and complaint in a timely manner. Alternatively, plaintiffs may file proofs of service demonstrating the summonses and complaint have been served.

IT IS FURTHER ORDERED that the scheduling conference previously set for May 16, 2023, is CONTINUED to July 24, 2023 at 10:00 a.m.

Plaintiffs are advised that failure to respond to this Order to Show Cause may result in dismissal of this action.

IT IS SO ORDERED.

Dated:   **April 28, 2023**

UNITED STATES MAGISTRATE JUDGE

2