UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAIN DEVEROUX, et al.,<br><br>             Plaintiffs,<br><br>     v.<br><br>KERN COUNTY SHERIFF DONNY YOUNGBLOOD, et al.,<br><br>             Defendants. | Case No. 1:23-cv-00239-JLT-CDB<br><br>**ORDER ON STIPULATION EXTENDING TIME FOR RESPONSIVE PLEADING AND TO FILING OF AMENDED COMPLAINT**<br><br>(Doc. 22) |

Before the Court is the parties' May 26, 2023, stipulation in which they seek an order of the Court extending the date by which all defendants must file a responsive pleading to June 15, 2023. (Doc. 22). The parties also stipulate that Plaintiffs may file an amended complaint within 28 days of the filing of the responsive pleading by all Defendants.

Based on the parties' representations in the stipulation and supporting documents, and for good cause shown, IT IS HEREBY ORDERED, Defendants shall file their responsive pleadings to the complaint by no later than **June 15, 2023**. Plaintiffs shall file any amended complaint by no later than **July 13, 2023**.

IT IS SO ORDERED.

Dated:   **May 30, 2023**                                    _____
                                                                          UNITED STATES MAGISTRATE JUDGE