UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAIN DEVEROUX, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00239-JLT-CDB<br><br>ORDER ON STIPULATION EXTENDING PLAINTIFFS' TIME TO FILE AN OPPOSITION TO KERN COUNTY HOSPITAL AUTHORITY'S MOTION TO DISMISS<br><br>(Doc. 28) |

　　　Pending before the Court is a jointly executed stipulation by the parties in which Plaintiffs request an extension of time to file an opposition to Defendant Kern County Hospital Authority's pending motion to dismiss. (Doc. 28). For the reasons set forth in the parties' stipulation and for good cause shown, IT IS HEREBY ORDERED Plaintiffs shall file any opposition to Kern County Hospital Authority's motion to dismiss on or before **July 13, 2023**.

IT IS SO ORDERED.

　　Dated:　**June 28, 2023**　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE