Jeff Dominic Price  JDP PC  |  SBN 165534
730 Arizona Avenue, Suite 200
Santa Monica, California 90401
jdp@jdpfirm.com
Tel. 310.451.2222

Attorney for Plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAIN DEVEROUX, Individually, and as Co-successor in Interest et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KERN et al.,<br><br>Defendants. | No. 1:23-CV-00239-JLT-CDB<br><br>STIPULATION TO CONTINUE HEARING ON MOTION TO DISMISS AND TO EXTEND TIME FOR FILING OF OPPOSITION TO MOTION TO DISMISS AND FILING OF AMENDED COMPLAINT; ~~PROPOSED~~ ORDER<br><br>Date Filed:    02/15/2023<br>Trial:              Not set |

TO:     THE HONORABLE CHRISTOPHER D. BAKER, UNITED STATES MAGISTRATE JUDGE:

WHEREAS,

Now pending before the Court is the motion to dismiss filed by Defendant Kern County Hospital Authority ("KCHA");

The Court granted the parties' stipulation to extend the time for the filing of an opposition to the KCHA motion to dismiss and for the filing of an amended complaint to tomorrow, July 13, 2023;

Today the Court continued the Scheduling Conference from July 24, 2023, to November 20, 2023;

The County of Kern and Defendant McRoberts filed an Answer on June 15, 2023;

The Office of the Kern County Counsel is representing the County of Kern and McRoberts and the law firm of Clinkenbeard, Ramsey, Spackman & Clark is representing Defendant KCHA;

Plaintiff and all named Defendants hereby stipulate that the hearing on the KCHA motion to dismiss be continued from July 21, 2023, to August 4, 2023.

Plaintiff and all named Defendants further stipulate that Plaintiff may file an opposition to the KCHA motion to dismiss by July 21, 2023, any reply to be filed by July 28, 2023, and that Plaintiff may file an amended complaint by July 21, 2023.

IT IS SO STIPULATED.

DATED: July  12 , 2023,             JEFF DOMINIC PRICE  JDP PC
                                    By        /s/ Jeff Dominic Price
                                         Jeff Price, Esq., Attorney for Plaintiff

DATED: July  12 , 2023,             MARGO A. RAISON
                                    County Counsel, County of Kern
                                         /s/ Kathleen Rivera [1]
                                    Kathleen Rivera, Esq.
                                    Attorneys for Defendants Kern County and Cole Austin McRoberts

DATED: July  12 , 2023,             CLINKENBEARD, RAMSEY, SPACKMAN, & CLARK

                                         /s/ Maureen Clark [2]
                                    Hugh Spackman, Esq.
                                    Maureen Clark, Esq.
                                    Attorneys for Defendant KCHA

## ORDER

The hearing on the KCHA motion to dismiss is continued to August 4, 2023. Any opposition to the motion must be filed by July 21, 2023; plaintiff may file an amended complaint by July 21, 2023. It is so ordered.

IT IS SO ORDERED.

Dated:   **July 14, 2023**                          _____
                                                    UNITED STATES DISTRICT JUDGE

---

[1] I, Jeff Price, affirm that counsel, Kathleen Rivera, gave her permission to affix her electronic signature to this Stipulation with Proposed Order, on July  12 , 2023.

[2] I, Jeff Price, affirm that counsel, Maureen Clark, gave her permission to affix her electronic signature to this Stipulation with Proposed Order, on July  12 , 2023.