UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAIN DEVEROUX, et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00239-CDB<br><br>**ORDER ON STIPULATION EXTENDING SCHEDULING ORDER DEADLINES**<br><br>(Doc. 53) |

　　　　Pending before the Court is the parties' stipulation to amend the scheduling order. (Doc. 53). The parties represent they have undertaken ongoing discovery since November 2023 and that Defendant Kern County has encountered unexpected (and unspecified) delays in producing discovery materials. The parties further represent that since the parties will be participating in an early settlement conference (set for April 16, 2024), there is good cause to extend the deadlines in the Scheduling Order.

　　　　The Scheduling Order sets out that "[s]tipulations extending the deadlines contained herein will not be considered unless they are accompanied by affidavits or declarations, and where appropriate attached exhibits, which establish good cause for granting the relief requested." (Doc. 48 pp. 7-8). Although the Court finds good cause to grant the stipulated request, the parties are directed to support any future requests to extend case management dates with an appropriate affidavit or declaration setting forth good cause.

In light of the foregoing, the deadlines in the Scheduling Order are amended as follows:

1. The Motion to Amend deadline is extended from March 11, 2024, to **May 6, 2024**
2. The Non-Expert Discovery deadline is extended from May 3, 2024, to **July 5, 2024**
3. The Expert Disclosure deadline is extended from May 17, 2024, to **July 19, 2024**
4. The Rebuttal Expert deadline is extended from June 7, 2024, to **August 9, 2024**
5. The Expert Discovery deadline is extended from July 8, 2024, to **September 2, 2024**

IT IS SO ORDERED.

Dated:   **February 29, 2024**                         _____
                                                       UNITED STATES MAGISTRATE JUDGE