| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ALAIN DEVEROUX, et al.,<br><br>            Plaintiffs,<br><br>       v.<br><br>COUNTY OF KERN, et al.,<br><br>            Defendants. | | Case No. 1:23-cv-00239-CDB<br><br>ORDER ON STIPULATION AMENDING SCHEDULING ORDER <u>AS MODIFIED</u><br><br>(Doc. 65) |

Pending before the Court is the parties' second stipulation to amend the scheduling order. (Doc. 65). The parties' stipulated request for relief is supported by declarations from counsel for both parties. In those declarations, counsel generally attest that they agreed to delay certain discovery – including depositions and Defendants' hiring of an expert witness – in favor of conserving resources to prepare for and participate in a Court-convened settlement conference. *Id.* In addition, counsel for Defendants represents that she will no longer be the lead attorney on this case and the newly assigned attorneys will need time to gain familiarity with the case and discovery undertaken to date. Further, counsel for Plaintiffs attests to needing additional time to locate certain inmate witnesses and discover additional video discovery before some of the depositions will be taken. Counsel for Plaintiffs represents that he had hoped to obtain additional evidence in connection with the settlement conference, which he can no longer expect since the settlement conference has been vacated. *Id.*

Given the relatively modest extension requested, the Court finds good cause to amend the scheduling order.

However, the Court notes the parties' request to modify case management dates is

prompted in part by counsels' scheduling conflicts in other cases.  The relevant cases largely appear to have been scheduled <u>after</u> this case.  The Court is not inclined to entertain any future requests by the parties to adjust the schedule in this case in deference to accommodating counsel's conflicts created in later-scheduled actions.  Further, the parties are advised that while the Court appreciates counsels' efforts to balance discovery obligations with conserving resources to pursue settlement negotiations, the Court is not inclined to further delay completion of discovery beyond the extensions granted herein in deference to settlement negotiations.

Accordingly, for the reasons set forth above, it is HEREBY ORDERED that the dates in the scheduling order (Docs. 48, 54) be amended as follows:

1. Amended pleading deadline is extended from May 6, 2024, to **June 7, 2024**.
2. Non-expert discovery deadline is extended from July 5, 2024, to **September 6, 2024**.
3. Expert disclosure deadline is extended from July 19, 2024, to **August 29, 2024**.
4. Rebuttal expert disclosure deadline is extended from August 9, 2024, to **September 19, 2024**.
5. Expert discovery deadline is extended from September 2, 2024, to **October 10, 2024**.
6. Non-dispositive motion filing is extended from July 22, 2024, to **August 26, 2024**.
7. Non-dispositive motion hearing is continued from August 27, 2024, to **September 23, 2024**.
8. Dispositive motion filing is extended from September 16, 2024, to **October 14, 2024**.
9. Dispositive motion hearing is continued from October 21, 2024, to **November 18, 2024**.
10. Pretrial conference is continued from December 10, 2024, to **February 20, 2025**.
11. Jury trial is continued from January 27, 2025, to **May 12, 2025**.

IT IS SO ORDERED.

Dated:   **May 2, 2024**

UNITED STATES MAGISTRATE JUDGE