Jeff Dominic Price  JDP PC  |  SBN 165534
1100 Glendon Avenue, Suite 1700
Los Angeles, California 90024
jdp@jdpfirm.com
Tel. 310.451.2222

Attorneys for the plaintiff

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAIN DEVEROUX, Individually, and as Co-successor in Interest et al., <br><br> Plaintiffs, <br><br> vs. <br><br> KERN COUNTY et al., <br><br> Defendants. | No. 1:23-CV-00239-CDB <br><br> STIPULATION TO TAKING OF DEPOSITIONS OF PRISONERS AND TO THE TAKING OF 15 NON-EXPERT DEPOSITIONS WITH PROPOSED ORDER <br><br> Date Filed:  02/15/2023 <br> Trial:  05/12/2025 |

TO:  THE HONORABLE CHRISTOPHER D. BAKER, UNITED STATES MAGISTRATE JUDGE:

WHEREAS,

This case arose inside the Kern County Lerdo Pre-trial Facility, a correctional facility, and there are many witnesses who were and are confined in correctional facilities, both local and state, and are thus "confined in prison," as referred to in Fed. R. Civ. P. 30(a)(2)(B), requiring leave of court for the taking of their depositions;

The parties agree that it is or may be necessary that the depositions of several prisoners be taken in this case;

The parties agree that there are also numerous correctional officers who are witnesses in this case;

Thus, the parties agree that it is necessary to exceed the limit of 10 depositions in this case;

Thus, the parties stipulate that either party may take the deposition of a prisoner in this

case after providing the opposing party 5 days' notice of the intent to take the prisoner's deposition and providing the prisoner's jail or prison identification number and location, and that the party taking the deposition will cooperate with the opposing party in the scheduling of and taking of the deposition;

Thus, the parties stipulate to the taking of 15 depositions in this case;

IT IS SO STIPULATED.

DATED: June __24__, 2024,            JEFF DOMINIC PRICE  JDP PC
                                      Attorney for Plaintiffs

                                      By      /s/ Jeff Dominic Price
                                              Jeff Dominic Price, Esq.

DATED: June __24__, 2024,            MARGO A. RAISON
                                      County Counsel, County of Kern

                                              /s/ Stephanie Gutcher, Esq.     [1]
                                      Kathleen Rivera, Esq.
                                      Stephanie Gutcher, Esq.
                                      Attorneys for Defendants Kern County and Cole Austin McRoberts

## ORDER

GOOD CAUSE appearing, it is ORDERED that each side may take 15 depositions and that the parties may take the deposition of a person confined in prison by providing the opposing party 5 days' notice of the intent to take the prisoner's deposition, identifying the prisoner by his or her jail or prison identification number and location, and that the parties shall cooperate in the scheduling and taking of any deposition of a prisoner.

Dated: June __25__, 2024

_____
Hon. Christopher D. Baker
**U.S. Magistrate Judge**

---

[1] I, Jeff Price, affirm that counsel, Stephanie Gutcher, gave her permission to affix her electronic signature to this Stipulation on June __24__, 2024.