UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAIN DEVEROUX, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>COUNTY OF KERN, et al.,<br><br>　　　　　Defendants. | Case No. 1:23-cv-00239-CDB<br><br>ORDER ON REQUEST TO CONTINUE PRETRIAL CONFERENCE<br><br>(Doc. 77) |

　　　　Pending before the Court is Plaintiffs' request to continue the pretrial conference from February 20, 2025, to March 20, 2025. (Doc. 77). Counsel for Plaintiffs represents that the current pretrial conference conflicts with a jury trial where he will be acting as lead counsel. Counsel for Plaintiffs represents that he has met and conferred with Defendants, and they agree with the proposed continuance.

　　　　For good cause shown, the pretrial conference is continued from February 20, 2025, to **March 20, 2025, at 12:00 p.m.** The parties are reminded of their obligations to make certain filings and appearances as set forth in the Scheduling Order, including filing of a joint pretrial statement. *See* (Doc. 48).

IT IS SO ORDERED.

Dated:　**June 26, 2024**　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE