UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAIN DEVEROUX, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, et al.,<br><br>    Defendants. | Case No. 1:23-cv-00239-CDB<br><br>ORDER ON STIPULATION AMENDING CASE MANAGEMENT DATES <u>AS MODIFIED</u><br><br>(Doc. 92) |

On July 3, 2024, the Court granted Plaintiffs' unopposed motion to amend their complaint to add parties and claims. (Doc. 80). Now pending before the Court is the parties' third stipulated request to amend the scheduling order, filed July 26, 2024. (Doc. 92). The parties represent in their stipulated request that they have been diligently conducting discovery, a substantial amount of which already has been completed, and that additional time is necessary to conduct discovery given the recent addition of parties and claims.

Based on the parties' stipulated representations, the Court finds good cause to grant the relief requested. However, although the parties requested to leave the existing pretrial conference and trial dates intact, the Court is compelled to continue those dates in order to permit time for resolution of the parties' anticipated dispositive motions.

Separately, the Court notes the parties' representations that they agreed to "a brief hiatus on discovery" during an approximate eight-week period leading-up to a settlement conference set

1

for April 16, 2024 (which was vacated).  (Doc. 92 p. 1).  Given the expanded period for completing discovery granted herein, the Court admonishes the parties it is unlikely to find good cause for any further extensions of discovery on the grounds that discovery is halted in deference to settlement discussions, which the Court expects will proceed in tandem with the conduct of discovery.

      For the forgoing reasons, the scheduling order (Docs. 48, 66) is further modified to the extent of extending the following case management dates:

1. Nonexpert Discovery deadline extended from September 6, 2024, to **January 6, 2025**.
2. Expert Disclosures extended from August 29, 2024, to **November 22, 2024**.
3. Rebuttal Expert Disclosures extended from September 19, 2024, to **December 13, 2024**.
4. Expert Discovery deadline extended from October 10, 2024, to **January 6, 2025**.
5. Non-Dispositive Motion filing deadline extended from August 26, 2024, to **November 19, 2024**.
6. Non-Dispositive Motion hearing deadline extended from September 23, 2024, to **December 17, 2024**.
7. Dispositive Motion filing deadline extended from October 14, 2024, to **January 7, 2025**.
8. Dispositive Motion hearing deadline extended from November 18, 2024, to **February 11, 2025**.
9. The Pre-Trial Conference is continued from March 20, 2025, to **April 14, 2025**.
10. Trial is continued from May 12, 2025, to **June 9, 2025**.

IT IS SO ORDERED.

Dated: **July 30, 2024**

UNITED STATES MAGISTRATE JUDGE