UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAIN DEVEROUX, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>DONNY YOUNGBLOOD, *et al.*,<br><br>        Defendants. | Case No. 1:23-cv-00239-CDB<br><br>ORDER ON STIPULATION CONTINUING *NUNC PRO TUNC* FILING DEADLINE FOR PLAINTIFFS' RESPONSE TO DEFENDANT'S MOTION TO DISMISS<br><br>(Doc. 107) |

Pending before the Court is the parties' stipulation to continue Plaintiffs' response deadline to Defendant Amoldeep Kaur's motion to dismiss. (Doc. 107). Plaintiffs filed their stipulation on October 7, 2024, the date their response to the motion was due.

In the Eastern District of California, stipulated requests to extend case management dates are governed by Local Rule 144, which provides in relevant part: "Counsel shall seek to obtain a necessary extension from the Court or from other counsel or parties in an action as soon as the need for an extension becomes apparent." L.R. 144(d). Local Rule 144 further provides that "[r]equests for Court-approved extensions brought on the required filing date for the pleading or other document are looked upon with disfavor."

While the Court finds good cause to grant Plaintiffs' request here, given the parties stipulated agreement, Plaintiffs' need for an extension of time to respond to the motion to dismiss reasonably should have become apparent before the day Plaintiffs' response was due. The Court

disfavors granting relief *nunc pro tunc* and admonishes Plaintiffs to exercise better care and to adhere to this Court's Local Rules in all future filings.

Accordingly, it is HEREBY ORDERED that Plaintiffs shall have until **October 16, 2024** to file a response to Defendant's motion to dismiss (Doc. 106).  Defendant shall have until **October 30, 2024** to file any optional reply.

IT IS SO ORDERED.

Dated:   **October 8, 2024**                              _____
                                                                                UNITED STATES MAGISTRATE JUDGE