UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAIN DEVEROUX AND JENNIFER VALLE, individually, and as successors in interest of JULIEN DEVEROUX,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00239-CDB<br><br>ORDER GRANTING PARTIES' STIPULATED REQUEST TO AMEND CASE MANAGEMENT DATES <u>AS MODIFIED</u><br><br>(Doc. 159) |

**Background**

Pending before the Court is the parties' sixth[1] joint stipulated request to amend the scheduling order. (Doc. 159). In support of the request, the parties point to the fact that numerous defendants added with the filing of the operative second amended complaint on November 26, 2024, have only recently filed their responsive pleadings and additional time is needed within which to conduct discovery as to those defendants. (*Id.* at 1). The parties represent that they have discussed Defendants' anticipated motion for summary judgment and have met and conferred and continue to engage in discussions regarding entering stipulations for dismissal of certain Defendants. (*Id.*). The parties represent that good cause exists to extend the current dispositive motion deadline of April 14, 2025, the rebuttal expert disclosure and discovery deadlines, and the

---
[1] The prior five stipulated requests are Docs. 53, 65, 92, 121, and 153.

trial date as Plaintiffs' counsels are engaged in trials in other cases throughout the month of April and May of 2025. (*Id.* at 2).

**Discussion**

In light of the background summarized above, the parties propose the following extended deadlines (Doc. 159 at 2):

| Event | Current Date | New Date |
|---|---|---|
| Non-expert Discovery Deadline (and Discovery Motion Hearing Deadline) | 05/17/2025 | 06/20/2025 |
| Rebuttal Expert Disclosure Deadline | 04/28/2025 | 05/19/2025 |
| Expert Discovery Deadline | 05/16/2025 | 06/20/2025 |
| Dispositive Motion filing cutoff | 04/14/2025 | 05/26/2025 |
| Dispositive Motion hearing | 05/19/2025 | 06/30/2025 |
| Pre-Trial Conference | 07/07/2025 | 09/15/2025 |
| Jury Trial (8:30 a.m.) | 09/16/2025 | *11/12/2025* |

For good cause shown, the parties' stipulated request to amend the scheduling order (Doc. 159) will be granted, except that the Court will schedule trial to commence on December 8, 2025, to accommodate a previously scheduled trial on the Court's calendar. All other dates shall remain unmodified.

*Remainder of This Page Intentionally Left Blank*

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Docs. 48, 54, 66, 93, 122, 154) be amended as follows:

1. Non-expert Discovery deadline extended from May 17, 2025, to **June 20, 2025**.
2. Rebuttal Expert Disclosures extended from April 28, 2025, to **May 19, 2025**.
4. Expert Discovery deadline extended from May 16, 2025, to **June 20, 2025**.
5. Dispositive Motion filing deadline extended from April 14, 2025, to **May 26, 2025**.
6. Dispositive Motion hearing continued from May 19, 2025, to **June 30, 2025**.
7. The Pre-Trial Conference continued from July 7, 2025, to **September 15, 2025**.
6. Jury Trial continued from September 16, 2025, to **December 8, 2025**.

IT IS SO ORDERED.

Dated:   **April 10, 2025**

UNITED STATES MAGISTRATE JUDGE