UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALAIN DEVEROUX AND JENNIFER VALLE, individually, and as successors in interest of JULIEN DEVEROUX,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF KERN, *et al.*,<br><br>Defendants. | Case No. 1:23-cv-00239-CDB<br><br>ORDER GRANTING PARTIES' STIPULATED REQUEST TO AMEND CASE MANAGEMENT DATES <u>AS MODIFIED</u><br><br>(Doc. 163) |

**<u>Background</u>**

Pending before the Court is the parties' eighth[1] joint stipulated request to amend the scheduling order. (Doc. 163). In support of the request, the parties represent that they wish to mediate the case and have obtained available dates and are in the process of agreeing on a date. (*Id.* at 1). The parties represent that they wish to complete discovery, including expert discovery, in advance of mediation and that counsels were recently in lengthy trials and, thus, need more time to complete discovery. (*Id.* at 1-2). Further, the parties state that counsel for Plaintiff Catherine Anne Beekman will be filing a request to withdraw. They provide that they have discussed Defendants' anticipated motion for summary judgment and have met and conferred and continue to engage in discussions regarding entering stipulations for dismissal of certain Defendants. The

---

[1] *See* (Docs. 53, 65, 92, 121, 153, 159, and 161).

parties represent that Defendants are retaining a radiologist as a rebuttal expert witness and seek additional time for the rebuttal expert deadline.  (*Id.* at 2).

### Discussion

In light of the background summarized above, the parties propose the following extended deadlines (Doc. 163 at 3):

| Event | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Deadline (and discovery motion filing deadline) | 06/20/2025 | 08/07/2025 |
| Expert Disclosure Deadline | 04/14/2025 | No change |
| Rebuttal Disclosure Deadline | 05/19/2025 | 06/19/2024 |
| Expert Discovery Deadline | 06/20/2025 | 07/31/2025 |
| Non-Dispositive Motion Filing Deadline | 02/18/2025 | 08/07/2025 |
| Non-Dispositive Motion Hearing | 03/18/2025 | 08/29/2025 |
| Dispositive Motion Filing Deadline | 05/26/2025 | 08/07/2025 |
| Dispositive Motion Opposition | -- /-- /2025 | 08/28/2025 |
| Dispositive Motion Hearing | 06/30/2025 | 09/18/2025 |
| Pre-Trial Conference | 09/15/2025 | 11/24/2025 |
| Jury Trial | 12/08/2025 | 02/23/2026 |

For good cause shown, the parties' stipulated request to amend the scheduling order (Doc. 163) will be granted, except that the Court will modify the non-dispositive motion hearing deadline to allow time for reply briefing, and the rebuttal disclosure deadline as the proposed date falls on a federal holiday.  All other dates shall remain unmodified.

**In light of the significant extensions of time that have been granted to date, the Court admonishes the parties that it is unlikely to grant further extensions of time, including to accommodate possible mediation or settlement discussions (which the Court expects to be undertaken in parallel with the extended case management dates granted) absent extraordinary circumstances.**

**Conclusion and Order**

In light of the parties' representations and good cause appearing, IT IS HEREBY ORDERED that the scheduling order (Docs. 48, 54, 66, 93, 122, 154, 160) be amended as follows:

| Event | Prior Date | Amended Date |
|---|---|---|
| 1. Non-Expert Discovery Deadline (and Discovery Motion Filing Deadline) | 06/20/2025 | **08/07/2025** |
| 2. Expert Disclosure Deadline | 04/14/2025 | **No change** |
| 3. Rebuttal Disclosure Deadline | 05/19/2025 | **06/20/2024** |
| 4. Expert Discovery Deadline | 06/20/2025 | **07/31/2025** |
| 5. Non-Dispositive Motion Filing Deadline | 02/18/2025 | **08/07/2025** |
| 6. Non-Dispositive Motion Hearing | 03/18/2025 | **09/11/2025** |
| 7. Dispositive Motion Filing Deadline | 05/26/2025 | **08/07/2025** |
| 8. Dispositive Motion Opposition Deadline | -- /-- /2025 | **08/28/2025** |
| 9. Dispositive Motion Hearing | 06/30/2025 | **09/18/2025** |
| 10. Pre-Trial Conference | 09/15/2025 | **11/24/2025** |
| 11. Jury Trial | 12/08/2025 | **02/23/2026** |

IT IS SO ORDERED.

Dated:   **May 15, 2025**

UNITED STATES MAGISTRATE JUDGE

3