**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALAIN DEVEROUX, Individually, and as Co-successor in Interest et al., <br><br> Plaintiffs, <br><br> vs. <br><br> KERN COUNTY et al., <br><br> Defendants. | No. 1:23-CV-00239-CDB <br><br> STIPULATION AND [PROPOSED] ORDER FOR VOLUNTARY DISMISSAL AS TO DEFENDANT NICHOLAS TORREZ ONLY <br><br> Date Filed:   02/15/2023 <br> Trial:         02/23/2026 |

TO:  THE CLERK OF THE COURT AND TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Plaintiffs and Defendant Nicholas Torrez have resolved this case as to Defendant Torrez in its entirety, each party to bear its own litigation costs and fees, including attorney's fees. Therefore, the parties request dismissal of this action with prejudice under Federal Rule of Civil Procedure 41(a)(2). The parties stipulate that the Court will retain jurisdiction for the purpose of enforcing the settlement.

IT IS SO STIPULATED.

/ / /

/ / /

/ / /

/ / /

/ / /

---

1— Stipulation and [Proposed] Order for voluntary dismissal as to Defendant Torrez

| | | |
|---|---|---|
| DATED: September 22, 2025, | | JEFF DOMINIC PRICE  JDP PC<br>Attorney for Plaintiffs |
| | By | /s/ Jeff Dominic Price<br>Jeff Dominic Price, Esq. |
| DATED: September 22, 2025, | | GORDON REES SCULLY MANSUKHANI |
| | | /s/ Lia Sta Hsu [1]<br>Lia Hsu, Esq.<br>Attorneys for Defendant Torrez |

### ORDER

GOOD CAUSE appearing, it is hereby ordered that this action is dismissed with prejudice, each party to bear their own costs and attorney's fees. The Court shall retain jurisdiction for the purpose of enforcing the settlement.

Dated: _____, 2025      _____

HONORABLE CHRISTOPHER D. BAKER
U.S. Magistrate Judge

---

[1] I, Jeff Price, affirm that counsel, Lia Sta Hsu, gave her permission to affix her electronic signature to this Stipulation, on September 22, 2025.