# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ALAIN DEVEROUX , ET AL. ,** | **JUDGMENT IN A CIVIL CASE** |
| v. | CASE NO: **1:23–CV–00239–CDB** |
| **COUNTY OF KERN , ET AL. ,** | |

**Decision by the Court.** This action came before the Court. The issues have been tried, heard or decided by the judge as follows:

**IT IS ORDERED AND ADJUDGED THAT JUDGMENT IS HEREBY ENTERED IN ACCORDANCE WITH THE COURT'S ORDER FILED ON 11/25/2025 .**

ENTERED:   **December 2, 2025**    /s/  **Keith Holland**
                                                            Clerk of Court